DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DUANE BLAKE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2823

[January 16, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 50-2009-CF-012955-AXXX-MB.

Duane Blake, Madison, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***